U.S. Department of Justice
United States Attorney

FILED IN OPEN COURT
U.S.D.C. Atlanta

MAY 21 2019

James N. Hatten, Clerk
By: _____
Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

Division: Gainesville
(USAO: 2018R00901)

### DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION

COUNTY NAME: Jasper

DISTRICT COURT NO.    2:19-CR-002

MAGISTRATE CASE NO.

X Indictment
DATE: May 21, 2019

Information
DATE:

Magistrate's Complaint
DATE:

UNITED STATES OF AMERICA
vs.
MATTHEW PELTZ, A/K/A DEEZNUTZ

FIRST SUPERSEDING INDICTMENT
Prior Case Number:
Date Filed:

GREATER OFFENSE CHARGED: X Felony   Misdemeanor

**Defendant Information:**

Is the defendant in custody?   Yes   X No
Will the defendant be arrested pending outcome of this proceeding?   X Yes   No
Is the defendant a fugitive?   Yes   X No
Has the defendant been released on bond?   Yes   X No

Will the defendant require an interpreter?   Yes   X No

District Judge:

Attorney: Jennifer Keen
Defense Attorney: